IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 13-cr-00160-PAB-10

UNITED STATES OF AMERICA,

    Plaintiff,

10.  RURI ESCALERA,

    Defendant.

## ORDER

This matter is before the Court on the United States' Motion to Dismiss Counts [Docket No. 819]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Counts [Docket No. 819] is granted. Counts 1 and 28 of the Indictment are dismissed as to defendant Ruri Escalera.

DATED July 27, 2014.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge