IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00160-PAB-10

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RURI ESCALERA,

        Defendant.

---

**ORDER TO EXTEND VOLUNTARY SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

      The Bureau of Prisons previously designated the defendant to voluntarily surrender to the institution designated by the Bureau of Prisons by noon on August 26, 2014.  Accordingly,

      IT IS ORDERED that Defendant RURI ESCALERA, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to FPC Yankton, 1016 Douglas Avenue, Yankton, South Dakota, at 12:00 noon on September 4, 2014, and will travel at his own expense.

      DATED August 26, 2014.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge